IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SOUTH CENTRAL LABORERS' )
HEALTH AND WELFARE FUND ) No. 3-08-0083
)
v. )
)
L&T CONSTRUCTION, INC. )

O R D E R

On April 23, 2008, the plaintiff filed a "Notice of Voluntary Nonsuit" (Docket Entry No. 10), no answer or motion for summary judgment having been filed or served by the defendant.

In accord with Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, no further action on the part of the Court is required.

Therefore, this case is hereby DISMISSED without prejudice and the Clerk is directed to close this case on the records of the Court.

The initial case management conference, rescheduled by order entered April 7, 2008 (Docket Entry No. 9), to April 29, 2008, is CANCELLED, and there will be no further proceedings before the Magistrate Judge in this case.

The Clerk is further directed to mail a copy of this order to George Ready, Esq., P.O. Box 127, Hernando, MS 38632, by regular, first class mail (only).

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge